**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 29 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RAMON SAUL SILVA,

Plaintiff-Appellant,

v.

CAMERON WALKER, Sergeant; JASON
EDMOND, Officer; DANIEL MOLINA,
Officer; BARRETT HORN,

Defendants-Appellees.

No. 21-35398

D.C. No. 2:19-cv-01294-RAJ

MEMORANDUM*

Appeal from the United States District Court
for the Western District of Washington
Richard A. Jones, District Judge, Presiding

Submitted June 15, 2022**

Before:     SILVERMAN, WATFORD, and FORREST, Circuit Judges.

Ramon Saul Silva appeals pro se from the district court's summary judgment

in his 42 U.S.C. § 1983 action alleging excessive force and inadequate medical

care after he was pepper sprayed during his pretrial detention.  We have

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 42 U.S.C. § 1291.  We review de novo.  *Jones v. Blanas*, 393 F.3d 918, 926 (9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Silva failed to raise a genuine dispute of material fact as to whether the use of the restraint board after the administration of pepper spray was objectively unreasonable given that Silva refused multiple offers from jail staff to decontaminate him and appeared unharmed.  *See Kingsley v. Hendrickson*, 576 U.S. 389, 396-97 (2015) (to show excessive force under the Fourteenth Amendment, a pretrial detainee must show that the "force purposely or knowingly used against him was objectively unreasonable"); *Gordon v. County of Orange*, 888 F.3d 1118, 1124-25 (9th Cir. 2018) (setting forth the objective deliberate indifference standard for pre-trial detainees).

Silva's motion to strike the answering brief (Docket Entry No. 12) is denied.

Silva's motion for a ruling (Docket Entry No. 16) is denied as moot.

**AFFIRMED.**